UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BAYCARE HEALTH SYSTEM, INC.,

    Plaintiff,

vs.                                                      CASE NO. 8:07-cv-1222-T-27TGW

MEDICAL SAVINGS INSURANCE
COMPANY, d/b/a MEDICAL SAVINGS
HEALTH PLAN,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motion to Dismiss (Dkt. 10) be denied (Dkt. 30). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 30) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant's Motion to Dismiss (Dkt. 10) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 25th day of March, 2008.

                                          JAMES D. WHITTEMORE
                                          United States District Judge

Copies to:
Counsel of Record