```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

BAYCARE HEALTH SYSTEMS, INC.,

        Plaintiff,

v.                       Case No. 8:07-cv-1222-T-33TGW

MEDICAL SAVINGS INSURANCE COMPANY, d/b/a MEDICAL SAVINGS HEALTH PLAN,
        Defendant.
_____/

## ORDER

This cause comes before the Court pursuant to Defendant's Notice of Injunction and Unopposed Motion for Stay (Doc. # 47), which was filed on December 11, 2008.

Defendant seeks a 90-day stay of this case because, "On December 1, 2008, the Marion Circuit Court, Marion County, Indiana (the Receivership Court) entered an Order of Rehabilitation against [Defendant]." (Doc. # 47 at 1). Defendant attaches the Order of Rehabilitation to the motion to stay. (Doc. # 47-2). The Receivership Court appointed the Commissioner of the Indiana Department of Insurance as the Rehabilitator of Defendant. (Id.). The Order of Rehabilitation contains the following directive applicable to this case:

> All Courts before which any action or proceeding is now pending or is hereafter commenced, in which MSIC [Defendant] is a party or is obligated to defend a party, shall stay that action or proceeding for ninety (90) days from the entry of

>     this Order of Rehabilitation to permit the
>     Rehabilitator to determine if it is necessary and
>     appropriate that a Petition for Liquidation be
>     filed against MSIC [Defendant] or to otherwise
>     obtain proper representation and prepare for
>     further proceedings.

(Doc. # 47-2 at ¶ 10).

Both Plaintiff and Defendant agree that this matter should be stayed for 90 days pursuant to the Rehabilitation Order. Accordingly, this Court stays this case and all applicable case management deadlines for 90 days. Unless the parties request an extension of the stay or that the stay be lifted for appropriate reasons, this stay will remain in effect until March 12, 2009.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant's Unopposed Motion for Stay (Doc. # 47) is **GRANTED**.

(2) This case is **STAYED** until March 12, 2009.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>12th</u> day of December, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   All Counsel of Record

-2-