```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

BAYCARE HEALTH SYSTEMS, INC.,

               Plaintiff,
v.                              Case No. 8:07-cv-1222-T-33TGW

MEDICAL SAVINGS INSURANCE
COMPANY, D/B/A MEDICAL SAVINGS
HEALTH PLAN,

               Defendant.
_____/

**<u>ORDER</u>**

This matter comes before the Court pursuant to non-party Jonathan Lee Riches' Motion to Correct Clerical Error (Doc. # 55), which was filed on June 28, 2010. In the Motion, Riches seeks an order directing the docket clerk to add his "religious" name of "Faisal Shazhad" to the docketsheet.

If Riches was a litigant in this case, the Court would, perhaps, consider this request. However, the Court has previously determined that Riches is "a federal prisoner and prolific filer in the federal courts." (Doc. # 45 at 1). This case has been closed since March 24, 2009, and this Court sees no need to alter the docketsheet as requested by Riches.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Riches' Motion to Correct Clerical Error (Doc. # 55) is

**DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of July 2010.

                                                    VIRGINIA M. HERNANDEZ COVINGTON
                                                    UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record
Jonathan Lee Riches